**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :  INDICTMENT

    - v. -  :  **07 CRIM. 545**

CARLOS DEJESUS, and  :
MIGUEL DELO SANTO,  :

                Defendants.  :

- - - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1. From in or about August 2006, up to and including on or about May 22, 2007, in the Southern District of New York and elsewhere, CARLOS DEJESUS and MIGUEL DELO SANTO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CARLOS DEJESUS and MIGUEL DELO SANTO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21 of the United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2007

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about May 22, 2007, in New York, New York, MIGUEL DELO SANTO, the defendant, spoke by telephone to a confidential informant (the "CI") about a cocaine transaction.

   b. On or about May 22, 2007, in New York, New York, CARLOS DEJESUS, the defendant, gave approximately 500 grams of cocaine to the CI.

   (Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. On or about May 22, 2007, in the Southern District of New York, CARLOS DEJESUS and MIGUEL DELO SANTO, the defendants, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

   (Title 21, United States Code, Sections 812, 841(a)(1) and
   841(b)(1)(B); and Title 18, United States Code, Section 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS DEJESUS,
and
MIGUEL DELO SANTO,

Defendants.

### INDICTMENT

07 Cr. ___

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(B), 846.)
(18 U.S.C. § 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Madeline Couton*
Foreperson.

6/14/07 - Filed Indictment,
G.C.  Judge Stein for all purposes.

Freeman, USMJ.