

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2007

**BY FACSIMILE**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

    Re: *United States v. Dejesus and Delo Santo*, 07-cr-545 (SHS)

Dear Judge Stein:

    The Government writes with respect to the above-captioned case, which is scheduled for a conference tomorrow solely for defendant Carlos Dejesus. The purpose of the conference was for Dejesus to announce whether he intended to move to sever his case from that of his co-defendant, Miguel Delo Santo.

    I spoke to counsel for Dejesus today (Steve Statsinger) and we both agree that a brief adjournment of this conference would be warranted. First, it is not yet clear whether Miguel Delo Santo intends to proceed to trial, although the Government expects to learn this shortly when his counsel returns from vacation. Second, the Government and Dejesus are engaged in plea discussions. The parties submit that the conference would be more productive if adjourned for approximately two weeks, and your Deputy has suggested September 4, 2007 at 3:30.

SO ORDERED 8/15/07

SIDNEY H. STEIN
U.S.D.J.

Time has already been excluded under the Speedy Trial Act through October 9, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*

Arlo Devlin-Brown
Assistant United States Attorney
(212) 627-2506

cc: Steve Statsinger, Esq. (by facsimile)
(212) 571-0392

Rudy Velez, Esq.
(718) 993-3064